Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2026

REQUEST GRANTED.

9/16/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

***Via CM/ECF***
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: *United States v. Giordy Bido Jimenez***
**26 Cr. 108 (LJL)**

Dear Judge Liman,

I write to respectfully request that the Court grant a one-day extension of the parties' respective deadlines to file sentencing submissions in the above-captioned case, from September 16 to September 17, 2026, for the defense, and from September 23 to September 24, 2026, for the government. AUSA Dana McCann does not object to this application. I require an additional day to complete and perfect my submission before filing it with the Court and am grateful for the Court's consideration of this unopposed motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
646-315-1527

Cc: AUSA Dana McCann