UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-v-<br>GIORDY BIDO JIMENEZ,<br>Defendant. | : | 26-CR-108 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Sentencing in this case is scheduled for Wednesday, September 30, 2026. The parties are put on notice that the Court is contemplating a substantial variance from the Guidelines range, including potentially to a sentence of time served. The parties shall be prepared to address whether, in addition to the special conditions of supervised release recommended by Probation (except for the condition regarding contact with children under 18), the defendant and the public would benefit from a condition that the defendant receive vocational training and perform community service.

SO ORDERED.

Dated: September 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge