**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

REQUEST DENIED.

10/1/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Giordy Bido Jimenez*, 26 Cr. 108 (LJL)**

Dear Judge Liman:

The Government respectfully submits this letter in advance of the sentencing of defendant Giordy Bido Jimenez, which is currently scheduled for October 1, 2026.[1] On September 30, 2026, the defendant highlighted his compliance while on pretrial supervision. In response, the Government informed the Court that, on or about April 30, 2025, the defendant violated the conditions of his pretrial release, and that violation ultimately was not filed with the Court. If the Court intends to consider the defendant's compliance, or lack thereof, while on pretrial supervision in imposing a sentence, the Government respectfully requests that the Court order the United States Probation Office to amend Paragraph 5 of the July 22, 2026, Presentence Investigation Report ("PSR") to include the following language:

> On or about April 30, 2025, United States Pretrial Services Officer Jonathan Lettieri conducted an unannounced visit at the defendant's home and noticed two smartphones—an iPhone and an Android—in plain view on the floor of the defendant's bedroom. The defendant indicated that both devices belonged to his brother. The defendant's brother previously reported possessing one smartphone—an iPhone. The Android device was not previously disclosed to Pretrial Services by the defendant, as he was required to do pursuant to the terms of his pretrial release. Officer Lettieri informed the parties of the incident. In turn, the parties conferred and reached a resolution that did not result in the parties notifying the Court.

[1] The defendant was initially scheduled to be sentenced on September 30, 2026. The parties appeared on that date, and, following arguments from the Government and defense counsel, the Court reserved its decision and adjourned sentencing to October 1, 2026, to allow the Court time to review the victim impact statements (*see* Dkt. 45).

The defendant does not consent to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: __________/s/________________________
Dana R. McCann
Assistant United States Attorney
(212) 637-2308

cc: Andrew Dalack, Esq., Counsel for Giordy Bido Jimenez (via ECF and email)
Jonathan Lettieri, United States Pretrial Services Officer (via email)
Megan Henriquez, United States Probation Officer (via email)